479 A.2d 1107

Commonwealth v. Stanger, Appellant.

Submitted March 19, 1984. William R. Adams, Jr., for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Judgment of sentence affirmed.